UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:24-CR-76 |
| | ) | |
| v. | ) | |
| | ) | |
| **RICARDO RAMIREZ** | ) | |

## ORDER

Application for leave of absence has been requested by Michael Z. Spitulnik, Special Assistant United States Attorney, for September 19, 2024, through September 30, 2024.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 8th day of August 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA